# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-** **Case No. 6:02-cr-93-Orl-22GJK**

**BRIAN TYRONE HILLERY**

---

## ORDER AND NOTICE OF SHOW CAUSE HEARING

This cause comes before the Court on a Report and Recommendation (Doc. No. 72), entered by the Magistrate Judge after conducting a Final Probation Revocation Hearing pursuant to Local Rule 6.01(c)(16) on October 12, 2010.

After an independent *de novo* review of the record in this matter, and noting that no objections were filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation entered October 12, 2010 (Doc. No. 72) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant shall personally appear before this court on **MONDAY, November 22, 2010, at 1:30 P.M.**, at the George C. Young U.S. Courthouse & Federal Building, 401 W. Central Boulevard, Sixth Floor, Courtroom 6A, Orlando, Florida, 32801, and shall show cause why supervised release should not be revoked.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 15, 2010.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
United States Magistrate Judge
United States Marshals Service
United States Probation Office
Courtroom Deputy
Brian Tyrone Hillery